UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  JASPER McCANN,  Defendant. | )  )  )  )  )  )  )  )  )  )  ) Criminal Action No. 6:25-CR-063-CHB-1  **ORDER ADOPTING RECOMMENDATION OF ACCEPTANCE OF GUILTY PLEA** |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Report and Recommendations on Plea of Guilty as to Jasper McCann, [R. 21], filed by United States Magistrate Judge Hanly A. Ingram. The recommendation instructed the parties to file any specific written objections within three (3) days after being served a copy of the recommendation, or else waive the right to further review. *Id.* at 3. Neither party has objected to Magistrate Judge Ingram's recommendation, and the time to do so has now passed. Before his plea, Defendant McCann consented to plead before the United States Magistrate Judge. *See* [R. 19].

Upon review, the Court is satisfied that Defendant Jasper McCann knowingly and competently pled guilty to the charged offenses and that an adequate factual basis supports the plea as to each essential element of the offenses charged. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Judge Ingram's Report and Recommendations on Plea of Guilty as to Jasper McCann, [**R. 21**], is **ADOPTED** as and for the opinion of this Court;

2. Defendant Jasper McCann is **ADJUDGED** guilty of Count 1 and the forfeiture allegation of the Indictment;

3. The Defendant's Jury Trial and all other pre-trial proceedings are hereby **CANCELLED** and **STRICKEN** from the Court's docket; and

4. A Sentencing Order shall be entered promptly.

This the 3rd day of December, 2025.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY